**Thai HAI, Appellant,**

v.

**Les BROWNLEE, Acting Secretary of the Army, Appellee.**

**No. 03–1325.**

United States Court of Appeals, Federal Circuit.

DECIDED: Dec. 3, 2003.

Before MICHEL, LOURIE and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.